UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>Plaintiff,<br>v.<br>DEPARTMENT OF STATE, et al.,<br>Defendants. | Civil Action No. 25-3669 (TSC) |

**JOINT STATUS REPORT**

Consistent with the parties' March 13, 2026, joint status report, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case. Each defendant provides a separate update on the status of Plaintiff's FOIA request.[1]

**Department of State**: State has completed its search in response to Plaintiff's FOIA request. State also made its first production to Plaintiff on August 6th, and plans to make productions every six weeks thereafter.

**Department of Defense ("DoD")**: DoD's responsiveness and redaction review are complete. DoD is consulting with equity holders and other government agencies to the extent necessary. DoD anticipates making its first production by the next JSR.

**Office of the Director of National Intelligence ("ODNI")**: ODNI's search in response to Plaintiff's FOIA request is ongoing. ODNI estimates the search will be complete by September 30, 2026. After its search is complete, ODNI will review the results for responsiveness, consult

[1] As previously reported, OMB, HHS, and the Department of Education have completed responding to the FOIA request. *See* Jt. Status Rep. (Dkt. 11) at 2-3. The request to the CIA is not part of this litigation.

with other government agencies to the extent necessary, provide an estimated release date and, if necessary, suggest a processing schedule to Plaintiff for rolling releases.

**Department of the Treasury ("Treasury")**: Treasury reports that on August 11, 2026, it issued a final response that included a release of responsive, non-exempt material.

**Department of Justice ("OIP")**: As previously reported, OIP initiated searches within the Office of the Attorney General regarding the custodians specified by Plaintiff's FOIA request. OIP reported its determination that no records exist regarding custodians James McHenry, Hayley Conklin, and Catharine Cypher, as conveyed to Plaintiff via letter on March 12, 2026. Since the last joint status report, OIP has determined that no records exist regarding former Attorney General Pamela Bondi. OIP conveyed its determination to Plaintiff via letter on June 5, 2026, regarding Part 1. OIP will issue a separate letter regarding Part 2 of Plaintiff's request, for which no responsive records were located, and will convey its determination concurrent with its response to Part 3. OIP's search regarding Part 3 of Plaintiff's request remains ongoing.

**Department of Transportation ("DOT")**: DOT has completed all the searches and reports that it does not have any responsive records.

Consistent with the parties' March 13, 2026, joint status report, the parties will file another joint status report in ninety days, on or before December 9, 2026.

* * *

Dated: September 10, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 - 7678

*Attorneys for the United States of America*

AMERICAN OVERSIGHT

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*